FILED

SEP 26 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff-Appellee, v. STEVEN ZINNEL, Defendant-Appellant. | No. 18-10355<br><br>D.C. No. 2:11-cr-00234-TLN<br>Eastern District of California, Sacramento<br><br>ORDER |

A review of the record suggests that this court may lack jurisdiction over the appeal because the district court's order striking defendant's pro se filings, is not appealable as a final judgment or an order that comes within the collateral order doctrine. *See* 28 U.S.C. § 1291; *Midland Asphalt Corp. v. United States*, 489 U.S. 794, 798 (1989) (stating that finality requirement generally "prohibits appellate review until after conviction and imposition of sentence").

Within 21 days after the date of this order, appellant shall move for voluntary dismissal of the appeal or show cause why it should not be dismissed for lack of jurisdiction. If appellant elects to show cause, a response may be filed within 10 days after service of the memorandum.

Briefing is suspended pending further order of the court.

DL/AppComm Direct Criminal

Failure to comply with this order shall result in the automatic dismissal of this appeal by the Clerk for failure to prosecute. *See* 9th Cir. R. 42-1.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT


By: Don Lewis
Deputy Clerk
Ninth Circuit Rule 27-7